UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTINA CAY VARNEY,**

      **Plaintiff,**

**v.**                                             **Case No. 6:25-cv-2178-CEM-DCI**

**HOUSING AUTHORITY OF
BREVARD COUNTY,
EXECUTIVE DIRECTOR
MICHAEL BEAN, PLEXY
INVESTMENTS LLC, DARIO
RINCON NUNEZ,  JOHN DOES 1
- 10,**

      **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) and Motion for Leave to Use CM/ECF Electronic Filing System. (Doc. 14). The United States Magistrate Judge issued a Report and Recommendation (Doc. 22), recommending that both motions be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees and Costs (Doc. 2) is **DENIED**.

3. Plaintiff's Motion for Leave to Use CM/ECF Electronic Filing System. (Doc. 14) is **DENIED**.

4. The Amended Complaint (Doc. 11) is **DISMISSED without prejudice**.

5. **On or before May 18, 2026**, Plaintiff may file a Second Amended Complaint that complies with the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

6. Also, **on or before May 18, 2026**, Plaintiff may file a renewed Motion to Proceed *In Forma Pauperis*.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party